IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-33 (MTT) |
| | ) |
| TITUS KEYON SANDIFER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 26.  The defendant was indicted on June 13, 2023, and had his arraignment in this Court on July 5, 2023.  Docs. 1; 11.  Two prior continuances have been granted.  Docs. 21; 24.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for defendant's counsel to meet with the defendant to adequately discuss a potential resolution of the case.  Doc. 26 ¶ 4.  The government does not oppose the motion.  *Id.* ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 26) is **GRANTED**.  The case is continued from the January term until the Court's trial term presently scheduled for **March 11, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 12th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT